# EXHIBIT A

# WARRANT IN DEBT — SMALL CLAIMS DIVISION   Reissuance
Commonwealth of Virginia   VA. CODE § 16.1-79; 16.1-122.3

**City of Lynchburg** — CITY OR COUNTY
General District Court — General District Court
905 Court St.
Lynchburg, Virginia 24504
STREET ADDRESS OF COURT   ph: 434-455-2640

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

09-18-23   9:00 Am ........ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

08-21-23 ........................ S. Ogden
DATE ISSUED        [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 2,500 .... net of any credits, with interest at ..N/A..% from ..N/A.. until paid.
INTEREST RATE   DATE FROM WHICH IS DUE

$ 100 ..... costs with the basis of this claim being
COSTS
[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN) ..........
The defendant has violated the FCRA - Removal of Derogatory Debt + Disputed Info

HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO   [ ] cannot be demanded

8-21-23 ............................... (signature)
DATE              [X] PLAINTIFF   [ ] PLAINTIFF'S EMPLOYEE

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ] ................

$ ......... net of any credits, with interest at ........% from ............. until paid.
INTEREST RATE   DATE FROM WHICH IS DUE

$ ........... costs
COSTS
HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR  [ ] NAMED DEFENDANT(S) [ ] .................
[ ] NON-SUIT  [ ] DISMISSED .........................
Defendant(s) Present?  [ ] YES .........................
                        [ ] NO
[ ] Indemnifying bond of $ ............ [ ] secured  [ ] unsecured required for lost instrument
(Va. Code § 8.01-32)

.......................... .........................
DATE                      JUDGE

FORM DC-402 FRONT 10/07   (A221683 11/21)

---

RETURN DATE   CASE NO. GV23-2882

Jones, Amirah K
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
716 Federal St Apt 48
Lynchburg Va 24504

v.

Experian Information Solutions, Inc.,
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
C/O David N. Anthony, Registered Agent,
1001 Halifax Point, Richmond, VA
23219

# WARRANT IN DEBT—
## SMALL CLAIMS DIVISION

* * *

**TO DEFENDANT:** You are not required to appear; however, if you fail to appear, judgment may be entered against you. By law, this case must be tried on the return date above unless all parties agree upon a different date for trial. Other continuances shall be granted by the court only for good cause shown.

* * *

Grounds of Defense .........................
ORDERED   DUE

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

---

NEXT HEARING DATE AND TIME
9-18-23
9am

RECEIVED AUG 21 2023 LYNCHBURG GEN. DIST. CT.

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

........................... DATE
........................... CLERK



# COMMONWEALTH of VIRGINIA

POST OFFICE BOX 2452      *Secretary of the Commonwealth*      RICHMOND, VIRGINIA 23218-2452

## NOTICE OF SERVICE OF PROCESS

Experian  
P.O. Box 4500  
Allen, TX 75013

8/3/2023

Jones, Amirah K.

vs.

Experian

**Warrant in Debt**

Dear Sir/Madam:

You are being served with the enclosed notice under section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process.

If you have any questions about the matter, PLEASE contact <u>the CLERK of the enclosed/below mentioned court</u> or any attorney of your choice. <u>Our office does not accept payments on behalf of debts.</u> The Secretary of the Commonwealth's ONLY responsibility is to mail the enclosed papers to you.

COURT:

Lynchburg General District Court  
905 Court Street  
Lynchburg, VA 24504-1603

Service of Process Clerk  
Secretary of the Commonwealth's Office

| AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH | Case No. ............................................... |
|---|---|
| Commonwealth of Virginia    Va. Code §§ 8.01-301, -329; 55.1-1211; 55.1-1401; 57-51 | |

............ *City of Lynchburg* ............................................ District Court

*Jones, Amirah K.*
*716 Federal Street, Apt. 48*   v.   *Experian*
*Lynchburg, VA 24504-2949*          *P.O. Box 4500*
                                     *Allen, TX 75013*

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant   [ ] Motion for Judgment   [✓] *Warrant-In-Debt*

I, the undersigned Affiant, state under oath that:
[✓] the above-named defendant   [✓] ..............................................................
whose last known address is: [✓] same as above   [ ] ..............................................

1. [ ] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ....4....
   applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

   [          ] is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

..............................................    ..........................................................
     DATE                                        [ ] PARTY   [ ] PARTY'S ATTORNEY   [ ] PARTY'S AGENT

State of ..............................................   [ ] City  [ ] County of ..............................................

Acknowledged, subscribed and sworn to before me this ............ day of ................................ , 20 ............

..............................................                     ..........................................................
NOTARY REGISTRATION NUMBER                    [ ] CLERK  [ ] MAGISTRATE  [ ] NOTARY PUBLIC (My commission expires ..............)

[ ] Verification by the clerk of the court of the date of filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:
1. On **JUL 3 1 2023** ............................., legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.
2. On **AUG 0 3 2023** ............................., papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

..........................................................
SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE
SECRETARY OF THE COMMONWEALTH

**TIMELY SERVICE REQUIREMENT:**

    Service of process in actions brought on a warrant or motion for judgment pursuant to Virginia Code § 16.1-79 or § 16.1-81 shall be void and of no effect when such service of process is received by the Secretary within ten days of any return day set by the warrant. In such cases, the Secretary shall return the process or notice, the copy of the affidavit, and the prescribed fee to the plaintiff or his agent. A copy of the notice of the rejection shall be sent to the clerk of the court in which the action was filed.

**NON-RESIDENCE GROUNDS REQUIREMENT:**
If box number 1 is checked, insert the appropriate subsection number:

A court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a cause of action arising from the person's:

1. Transacting any business in this Commonwealth;
2. Contracting to supply services or things in this Commonwealth;
3. Causing tortious injury by an act or omission in this Commonwealth;
4. Causing tortious injury in this Commonwealth by an act or omission outside this Commonwealth if he regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;
5. Causing injury in this Commonwealth to any person by breach of warranty expressly or impliedly made in the sale of goods outside this Commonwealth when he might reasonably have expected such person to use, consume, or be affected by the goods in this Commonwealth, provided that he also regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this Commonwealth;
6. Having an interest in, using, or possessing real property in this Commonwealth;
7. Contracting to insure any person, property, or risk located within the Commonwealth at the time of contracting; or
8. (ii). Having been ordered to pay spousal support or child support pursuant to an order entered by any court of competent jurisdiction in this Commonwealth having in personam jurisdiction over such person.
9. Having incurred a liability for taxes, fines, penalties, interest, or other charges to any political subdivision of the Commonwealth.

**DUE DILIGENCE REQUIREMENT:**

If box number 2 is checked, the following provision applies:

    When the person to be served is a resident, the signature of an attorney, party or agent of the person seeking service on such affidavit shall constitute a certificate by him that process has been delivered to the sheriff or to a disinterested person as permitted by § 8.01-293 for execution and, if the sheriff or disinterested person was unable to execute such service, that the person seeking service has made a bona fide attempt to determine the actual place of abode or location of the person to be served.

FORM DC-410 REVERSE 11/07

# WARRANT IN DEBT — SMALL CLAIMS DIVISION
Commonwealth of Virginia    VA. CODE § 16.1-79, 16.1-122.3

City of Lynchburg
General District Court    CITY OR COUNTY    ......... General District Court
905 Court St.
Lynchburg, Virginia 24504    STREET ADDRESS OF COURT    ph: 434-455-2640

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

07-31-23    9:00 Am    to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

JUN 23 2023                     S. Ogden
DATE ISSUED                 [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 2,500 ....... net of any credits, with interest at ... N/A ... % from ... N/A ... until paid
                                                  INTEREST RATE    DATE FROM WHICH IS DUE

$ 100 ....... costs with the basis of this claim being
  COSTS
[ ] Open Account  [ ] Contract  [ ] Note  [x] Other (EXPLAIN)
The Defendant has violated the FCRA - Removal of Derogatory Debt & Disputed Info

HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO  [ ] cannot be demanded

06/23/23                   [signature]
DATE              [X] PLAINTIFF    [ ] PLAINTIFF'S EMPLOYEE

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ] ......................

$ ........ net of any credits, with interest at ....... % from ............ until paid
                                              INTEREST RATE    DATE FROM WHICH IS DUE

$ ........ costs
   COSTS
HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO   [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] .....................................
[ ] NON-SUIT  [ ] DISMISSED  ...............................................
Defendant(s) Present?  [ ] YES
                       [ ] NO
[ ] Indemnifying bond of $ ............ [ ] secured [ ] unsecured required for lost instrument
                                                                (Va. Code § 8.01-32)

............................    ..............................
DATE                            JUDGE

FORM DC-402 FRONT 10/07

---

RETURN DATE ........  CASE NO. GV23-2882

JONES, AMIRAH, K.
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

716 FEDERAL ST. APT. 48

LYNCHBURG, VA 24504-2949

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
EXPERIAN

P.O. BOX 4500

ALLEN, TX 75013

;ERVE SECRETARY OF COMMONWEALTH

**WARRANT IN DEBT—**
**SMALL CLAIMS DIVISION**

* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. By law, this case must be tried on the return date above unless all parties agree upon a different date for trial. Other continuances shall be granted by the court only for good cause shown.

* * *

Grounds of Defense ........ ORDERED ........ DUE

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time

---

NEXT HEARING DATE AND TIME
7-31-23
9am

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

............... DATE
............... CLERK

**Transfer to Another Locality:** If the Defendant believes that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the top right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If mailed to court, you will be notified of the judge's decision.

---

NAME .................................................................................

ADDRESS ...........................................................................

[ ] PERSONAL SERVICE    Tel. No. .................................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relations of recipient to party named above.

..........................................................................

..........................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] Served on Clerk of the State Corporation Commission.

[ ] NOT FOUND

_____  
SERVING OFFICER

............................ for _____  
DATE

---

NAME .................................................................................

ADDRESS ...........................................................................

[ ] PERSONAL SERVICE    Tel. No. .................................

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relations of recipient to party named above.

..........................................................................

..........................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] Served on Clerk of the State Corporation Commission.

[ ] NOT FOUND

_____  
SERVING OFFICER

............................ for _____  
DATE

---

**REMOVAL TO GENERAL DISTRICT COURT**

I, the undersigned defendant, am exercising my right to remove this case to the general district court of this jurisdiction by signing and giving this notice to this court before the case is decided.

_____       _____  
DATE                                 [ ] DEFENDANT    [ ] ATTORNEY FOR DEFENDANT

[ ] oral   [ ] written notice of removal has been received this day in this small claims division.

_____       _____  
DATE                                 [ ] CLERK    [ ] JUDGE

---

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

_____    _____  
DATE               [ ] PLAINTIFF  
                   [ ] PLAINTIFF'S EMPLOYEE

FORM DC-402 REVERSE 07/01